# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

RICHARD L. MORROW                                           PLAINTIFF

v.                         3:17CV00080-BRW-JJV

BECKY HICKS, Captain,
Poinsett County Detention Center; *et al.*                         DEFENDANTS

## ORDER

Having reviewed Plaintiff's Complaint (Doc. No. 2) for screening purposes,[1] the Court concludes that service is appropriate for all Defendants.

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare Summons for Defendants. The United States Marshal shall serve a copy of the Complaint (Doc. No. 2), Summons, and this Order on Defendants without prepayment of fees and costs or security therefore.

DATED this 18th day of April, 2017.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

---

[1] The Prison Litigation Reform Act ("PLRA") requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a).