IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RICHARD L. MORROW                                                                           PLAINTIFF

VS.                                          3:17CV00080-BRW

BECKY HICKS, Captain,
Poinsett County Detention Center; *et al.*                                              DEFENDANTS

## ORDER

I have reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, I approve and adopt the Proposed Findings and Recommended Disposition in all respects.

Accordingly, Defendants' Motion for Summary Judgment (Doc. No. 39) is GRANTED and this case is DISMISSED with prejudice.

The Clerk of the Court is directed amend the docket to reflect the correct spelling of Defendant Becky Hitt's name (Doc. No. 9 at 1).

I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order adopting the recommendations and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 6th day of February, 2018.

/s/ Billy Roy Wilson _____
UNITED STATES DISTRICT JUDGE