IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**RICHARD L. MORROW**                                                      **PLAINTIFF**

**VS.**                                   **3:17CV00080-BRW**

**BECKY HICKS, Captain,**
**Poinsett County Detention Center;** *et al.*                             **DEFENDANTS**

## **JUDGMENT**

Based on the Order entered today, this case is DISMISSED with prejudice.

I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the corresponding Order would not be taken in good faith.

IT IS SO ORDERED this 6th day of February, 2018.

                                            /s/ Billy Roy Wilson _____
                                            UNITED STATES DISTRICT JUDGE